

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2023

No. 04-17-00815-CR

Issac **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8370B
Honorable Joey Contreras, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

On May 26, 2021, the court of criminal appeals reversed our judgment in this cause and remanded the case for us to consider appellant's other issues. *See Williams v. State*, No. PD-0477-19, 2021 WL 2132167 (Tex. Crim. App. 2021). On August 24, 2022, the court of criminal appeals finally issued its mandate. Appellant then filed an amended brief on October 13, 2022. On October 26, 2022, we ordered that the State could file a brief in response to appellant's amended brief on or before November 28, 2022. The State has not filed a brief. Therefore, we set the above cause for formal submission ON BRIEFS ONLY on **January 25, 2023** before a panel consisting of Chief Justice Rebeca C. Martinez, Justice Patricia O. Alvarez, and Justice Liza A. Rodriguez.

It is so **ORDERED** on January 4, 2023.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

